UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:94-CR-5020 EDP |
| Plaintiff, | NEW CASE NUMBER: |
| v. | 1:94-CR-5020 AWI |
| ANTHONY LEON GREENHILL, | |
| Defendant. | **ORDER REASSIGNING CASE** |

     The defendant in this matter having filed a Rule 60(b) motion in this matter on February 26, 2007 and on May 14, 2007,

     IT IS HEREBY ORDERED that this matter is reassigned from the docket of Judge Edward Dean Price to the docket of Judge Anthony W. Ishii.

IT IS SO ORDERED.

**Dated:** **May 22, 2007**                          /s/ Anthony W. Ishii
                                                             UNITED STATES DISTRICT JUDGE