# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREENHILL,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. 1:94-CR-5020 AWI<br>(Civil Case No. 1:16-CV-0991 AWI)<br><br>ORDER TO FILE EXHIBIT UNDER SEAL AND ORDER FOR GOVERNMENT TO FILE AN EXPEDITED RESPONSE |

　　　　Petitioner, through his counsel, seeks relief under 28 U.S.C. § 2255 based on the recent Supreme Court decisions in *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, 136 S.Ct. 1257 (2016). Late yesterday, the Ninth Circuit gave Petitioner a certification under 28 U.S.C. § 2255(h) to pursue this successive § 2255 petition. See Doc. No. 235. As part of the certification, the Ninth Circuit stated, "The district court is directed to determine whether the applicant is entitled to sentencing relief within 7 days of the date of this order, and shall determine forthwith whether he is entitled to release on his own recognizance because he has likely served more than the maximum time for his conviction." Id. In light of the Ninth Circuit's order, and the short time frame, the Court finds it advisable for the Government to file a response on an expedited basis.

　　　　Additionally, Petitioner's counsel has requested that Petitioner's presentence report and recommendation (Ex. B to Sasso Declaration) be filed under seal. See Doc. No. 237. The request is supported by counsel's declaration. See id. The Court finds good cause to file the presentence report under seal, and will grant the request.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to file the presentence report and recommendation (Ex. B to the Sasso Declaration (Doc. No. 237)) under seal is GRANTED and that document will be filed UNDER SEAL; and

2. The United States shall file a response to the petition as soon as possible, but no later than 9:00 a.m. on July 14, 2016.

IT IS SO ORDERED.

Dated:   July 12, 2016                                  _____
                                                                            SENIOR DISTRICT JUDGE

2