HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY LEON GREENHILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:94-cr-5020 LJO |
|---|---|
| *Plaintiff,* | **STIPULATION TO VACATE REVIEW HEARING RE SUPERVISED RELEASE; ORDER** |
| vs. | |
| ANTHONY LEON GREENHILL, | |
| *Defendant.* | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the review hearing regarding Mr. Greenhill's supervised release currently set for August 14, 2017 at 10:00 a.m. be vacated.  Mr. Greenhill is currently in state custody awaiting trial on charges brought by the State of California.

This request is with the intention of conserving time and resources for both parties and the Court.

Dated: July 18, 2017                             PHILLIP A. TALBERT
                                                 United States Attorney


                                                 */s/ Dawrence W. Rice, Jr.*
                                                 DAWRENCE W. RICE, JR.
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

Greenhill: Stipulation Vacating Hearing                    -1-

Dated: July 18, 2017

HEATHER E. WILLIAMS
Federal Defender

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ANTHONY LEON GREENHILL

## **O R D E R**

**T**he review hearing currently set for August 14, 2017 is vacated.

IT IS SO ORDERED.

Dated:   **July 20, 2017**              /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE